# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| Sixth District of the AME Church et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-01284 |
| Kemp et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sixth District of the African Methodist Episcopal Church, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, Delta Sigma Theta Sorority, Inc.

Date: 03/30/2021

*Pichaya Poy Winichakul*
*Attorney's signature*

Pichaya Poy Winichakul (Ga. Bar 246858)
*Printed name and bar number*

Southern Poverty Law Center
P.O. Box 1287
Decatur, GA 30031
*Address*

poy.winichakul@splcenter.org
*E-mail address*

(404) 521-6700
*Telephone number*

(404) 221-5857
*FAX number*