# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, GEORGIA MUSLIM VOTER PROJECT, a Georgia nonprofit organization, WOMEN WATCH AFRIKA, a Georgia nonprofit organization, LATINO COMMUNITY FUND OF GEORGIA, a Georgia nonprofit organization, DELTA SIGMA THETA SORORITY, INC., a Washington D.C. nonprofit organization on behalf of 7000+ Sorors residing in Georgia, <br><br>            Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, GEORGIA STATE ELECTIONS BOARD, REBECCA SULLIVAN, DAVID WORLEY, MATTHEW MASHBURN, and ANH LEE, Members of the Georgia State Elections Board, in their official capacities, FULTON COUNTY REGISTRATION AND ELECTIONS BOARD, ALEX WAN, MARK WINGATE, KATHLEEN D. RUTH, VERNETTA K. NURIDDIN, and AARON V. JOHNSON, Members of the Fulton County Registration and Elections Board, in their official capacities, RICHARD L. BARRON, | CIVIL ACTION NO. <br> No. 1:21-cv-01284-ELR <br><br> **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Director of the Fulton County Registrations and Elections board, in his official capacity, DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ANTHONY LEWIS, SUSAN MOTTER, DELE L. SMITH, SAMUEL E. TILLMAN, and BAOKY N. VU, Members of the DeKalb County Board of Registrations and Elections, in their official capacities, ERICA HAMILTON, Director of Voter Registration and Elections in DeKalb County, in her official capacity, GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ALICE O'LENICK, WANDY TAYLOR, STEPHEN W. DAY, JOHN MANGANO, GEORGE AWUKU, and SANTIAGO MARQUEZ, Members of the Gwinnett County Board of Registrations and Elections, in their official capacities, LYNN LEDFORD, Director of the Gwinnett County Board of Registrations and Elections, in her official capacity, COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, PHIL DANIELL, FRED AIKEN, PAT GARTLAND, JESSICA M. BROOKS, and DARYL O. WILSON, JR., Members of the Cobb County Board of Elections and Registration, in their official capacities, JANINE EVELER, Director of the Cobb County Board of Elections and Registration, in her official capacity, HALL COUNTY BOARD OF ELECTIONS AND REGISTRATION, TOM SMILEY, DAVID KENNEDY,

KEN COCHRAN, CRAIG LUTZ, and GALA SHEATS, Members of the Hall County Board of Elections and Registration, in their official capacities, LORI WURTZ, Director of Hall County Elections, in her official capacity, CLAYTON COUNTY BOARD OF ELECTIONS AND REGISTRATION, DARLENE JOHNSON, DIANE GIVENS, CAROL WESLEY, DOROTHY F. HALL, and  PATRICIA PULLAR, Members of the Clayton County Board of Elections and Registration, in their official capacities, SHAUNA DOZIER, Clayton County Elections Director, in her official capacity, RICHMOND COUNTY BOARD OF ELECTIONS, TIM MCFALLS, SHERRY T. BARNES, MARCIA BROWN, TERENCE DICKS, and BOB FINNEGAN, Members of the Richmond County Board of Elections, in their official capacities, LYNN BAILEY, Richmond County Elections Director, in her official capacity, BIBB COUNTY BOARD OF ELECTIONS, MIKE KAPLAN, HERBERT SPANGLER, RINDA WILSON, HENRY FICKLIN, and CASSANDRA POWELL, Members of the Bibb County Board of Elections, in their official capacities, and JEANETTA R. WATSON, Bibb County Elections Supervisor, in her official capacity, BIBB COUNTY BOARD OF REGISTRARS, VERONICA SEALS, Bibb County Chief Registrar, in her official capacity, CHATHAM COUNTY BOARD OF ELECTIONS,

THOMAS J. MAHONEY, MALINDA HODGE, MARIANNE HEIMES, and ANTWAN LANG, Members of Chatham County Board of Elections, in their official capacities, CHATHAM COUNTY BOARD OF REGISTRARS, COLIN MCRAE, WANDA ANDREWS, WILLIAM L. NORSE, JON PANNELL, and RANDOLPH SLAY, Members of the Chatham County Board of Registrars, in their official capacities, CLARKE COUNTY BOARD OF ELECTION AND VOTER REGISTRATION, WILLA JEAN FAMBROUGH, HUNAID QADIR, ANN TILL, ROCKY RAFFLE, and ADAM SHIRLEY, Members of the Clarke County Board of Election and Voter Registration, in their official capacities, CHARLOTTE SOSEBEE, Clarke County Board of Election and Voter Registration Director, in her official capacity, COLUMBIA COUNTY BOARD OF ELECTIONS, ANN CUSHMAN, WANDA DUFFIE, and LARRY WIGGINS, Members of the Columbia County Board of Elections, in their official capacities, COLUMBIA COUNTY BOARD OF REGISTRARS, NANCY L. GAY, Columbia County Chief Registrar, in her official capacity,

     Defendants.

Plaintiffs Sixth District of the African Methodist Episcopal Church, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund of Georgia, and Delta Sigma Theta Sorority, Inc. (collectively, "Plaintiffs"), hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3.

**(1)  The undersigned Counsel of Record for Plaintiffs certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly-held corporation that owns 10% or more of the stock of a party:**

- Sixth District of the African Methodist Episcopal Church (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Georgia Muslim Voter Project (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Women Watch Afrika (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Latino Community Fund of Georgia (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Delta Sigma Theta Sorority, Inc. (Plaintiff), which has no parent corporation, nor does a publicly-held company own any interest in it;

- Brian Kemp, in his official capacity (Defendant);

- Brad Raffensperger, in his official capacity (Defendant);
- Georgia State Elections Board (Defendant);
- Rebecca Sullivan, in her official capacity (Defendant);
- David Worley, in his official capacity (Defendant);
- Matthew Mashburn, in his official capacity (Defendant);
- Anh Lee, in his official capacity (Defendant);
- Fulton County Registration and Elections Board (Defendant);
- Alex Wan, in his official capacity (Defendant);
- Mark Wingate, in his official capacity (Defendant);
- Kathleen D. Ruth, in her official capacity (Defendant);
- Vernetta Keith Nuriddin, in her official capacity (Defendant);
- Aaron V. Johnson, in his official capacity (Defendant);
- Richard L. Barron, in his official capacity (Defendant);
- DeKalb County Board of Registrations & Elections (Defendant);
- Anthony Lewis, in his official capacity (Defendant);
- Susan Motter, in her official capacity (Defendant);
- Dele Lowman Smith, in her official capacity (Defendant);
- Samuel E. Tillman, in his official capacity (Defendant);
- Baoky N. Vu, in his official capacity (Defendant);
- Erica Hamilton, in her official capacity (Defendant);
- Gwinnett County Board of Registrations and Elections (Defendant);

- Alice O'Lenick, in her official capacity (Defendant);

- Wandy Taylor, in her official capacity (Defendant);

- Stephen W. Day, in his official capacity (Defendant);

- John Mangano, in his official capacity (Defendant);

- George Awuku, in his official capacity (Defendant);

- Santiago Marquez, in his official capacity (Defendant);

- Lynn Ledford, in her official capacity (Defendant);

- Cobb County Board of Elections and Registration (Defendant);

- Phil Daniell, in his official capacity (Defendant);

- Fred Aiken, in his official capacity (Defendant);

- Pat Gartland, in his official capacity (Defendant);

- Jessica M. Brooks, in her official capacity (Defendant);

- Darryl O. Wilson, Jr., in her official capacity (Defendant);

- Janine Eveler, in her official capacity (Defendant);

- Hall County Board of Elections and Registration (Defendant);

- Tom Smiley, in his official capacity (Defendant);

- David Kennedy, in his official capacity (Defendant);

- Ken Cochran, in his official capacity (Defendant);

- Craig Lutz, in his official capacity (Defendant);

- Gala Sheats, in her official capacity (Defendant);

- Lori Wurtz, in his official capacity (Defendant);

- Clayton County Board of Elections and Registration (Defendant);

- Darlene Johnson, in his official capacity (Defendant);

- Diane Givens, in her official capacity (Defendant);

- Carol Wesley, in her official capacity (Defendant);

- Dorothy Foster Hall, in his official capacity (Defendant);

- Patricia Pullar, in her official capacity (Defendant);

- Shauna Dozier, in her official capacity (Defendant);

- Richmond County Board of Elections (Defendant);

- Tim McFalls, in his official capacity (Defendant);

- Sherry T. Barnes, in her official capacity (Defendant);

- Marcia Brown, in her official capacity (Defendant);

- Terence Dicks, in his official capacity (Defendant);

- Bob Finnegan, in his official capacity (Defendant);

- Lynn Bailey, in her official capacity (Defendant);

- Bibb County Board of Elections (Defendant);

- Mike Kaplan, in his official capacity (Defendant);

- Herbert Spangler, in his official capacity (Defendant);

- Rinda Wilson, in her official capacity (Defendant);

- Henry Ficklin, in his official capacity (Defendant);

- Cassandra Powell, in his official capacity (Defendant);

- Jeanetta R. Watson, in her official capacity (Defendant);

- Bibb County Board of Registrars (Defendant);

- Veronica Seals, in her official capacity (Defendant);

- Chatham County Board of Elections (Defendant);

- Thomas J. Mahoney, in his official capacity (Defendant);

- Malinda Hodge, in her official capacity (Defendant);

- Marianne Heimes, in her official capacity (Defendant);

- Antwan Lang, in her official capacity (Defendant);

- Chatham County Board of Registrars (Defendant);

- Colin McRae, in his official capacity (Defendant);

- Wanda Andrews, in her official capacity (Defendant);

- William L. Norse, in his official capacity (Defendant);

- Jon Pannell, in his official capacity (Defendant);

- Randolph Slay, in his official capacity (Defendant);

- Clarke County Board of Election and Voter Registration (Defendant);

- Willa Jean Fambrough, in her official capacity (Defendant);

- Hunaid Qadir, in his official capacity (Defendant);

- Ann Till, in her official capacity (Defendant);

- Rocky Raffle, in his official capacity (Defendant);

- Adam Shirley, in his official capacity (Defendant);

- Charlotte Sosebee, in her official capacity (Defendant);

- Columbia County Board of Elections (Defendant);

- Ann Cushman, in her official capacity (Defendant);

- Wanda Duffie, in her official capacity (Defendant);

- Larry Wiggins, in his official capacity (Defendant);

- Columbia County Board of Registrars (Defendant); and

- Nancy L. Gay, in her official capacity (Defendant).

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- None known.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Plaintiffs

- Nancy G. Abudu and Pichaya Poy Winichakul, Southern Poverty Law Center;

- Leah C. Aden and John S. Cusick, NAACP Legal Defense and Education Fund;

- Sean J. Young and Rahul Garabadu, American Civil Liberties Union Foundation of Georgia, Inc.;

- Sophia Lin Lakin, Theresa J. Lee, and Dale E. Ho, American Civil Liberties

Union Foundation;

- Adam S. Sieff, Kate Kennedy, Matthew Jedreski, David Gossett, Courtney DeThomas, Grace Thompson, and Jordan Harris, of Davis Wright Tremaine LLP; and

- Debo P. Adegbile, Ilya Feldsherov, George P. Varghese, Stephanie Lin, Tania Faransso, Webb Lyons, and Nana Wilberforce, of Wilmer Cutler Pickering Hale and Dorr LLP.

<u>Defendants</u>

- [Intentionally left blank]

Respectfully submitted, this 30th day of March 2021.

/s/ *Pichaya Poy Winichakul*
Nancy G. Abudu (Ga. Bar 001471)
*nancy.abudu@splcenter.org*
Pichaya Poy Winichakul (Ga. Bar 246858)
*poy.winichakul@splcenter.org*
SOUTHERN POVERTY LAW CENTER
P.O. Box 1287
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

/s/ *Sean J. Young*
Sean J. Young (Ga. Bar 790399)
*syoung@acluga.org*
Rahul Garabadu (Ga. Bar 553777)
*rgarabadu@acluga.org*

/s/ *Leah C. Aden*
Leah C. Aden*
*laden@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND EDUCATION FUND
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

/s/ *Debo P. Adegbile*
Debo P. Adegbile*
*debo.adegbile@wilmerhale.com*
Ilya Feldsherov*
*ilya.feldsherov@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin*
*slakin@aclu.org*
Theresa J. Lee*
*tlee@aclu.org*
Dale E. Ho*
*dho@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

/s/ *Adam S. Sieff*
Adam S. Sieff*
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Kate Kennedy*
*katekennedy@dwt.com*
Matthew Jedreski*
*mjedreski@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610

250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese*
*george.varghese@wilmerhale.com*
Stephanie Lin*
*stephanie.lin@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso*
*tania.faransso@wilmerhale.com*
Webb Lyons*
*webb.lyons@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce*
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs*

*Pro Hac Vice Forthcoming

## CERTIFICATE OF COMPLAINCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: March 30, 2021          /s/ *Pichaya Poy Winichakul*
                               Pichaya Poy Winichakul
                               Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: March 30, 2021          /s/ *Pichaya Poy Winichakul*
                               Pichaya Poy Winichakul
                               Counsel for Plaintiffs