# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>*Proposed Intervenor-Defendants*. | No. 1:21-cv-1284-JPB |

## REPLY IN SUPPORT OF MOTION TO INTERVENE

Under the Local Rules, "it is not necessary for the movant to file a reply." LR 7.1(C). Movants thus will not burden the Court with extra briefing. Every argument in Plaintiffs' opposition is answered in the reply that Movants filed in *New Georgia Project v. Raffensperger*, Doc. 33, No. 1:21-cv-1229-JPB (N.D. Ga. Apr. 28, 2021). If the Court grants Movants intervention there, it should also grant Movants intervention here and in the other related cases. *See, e.g.*, *Edwards v. Vos*, 2020 WL 6741325, at *1 (W.D. Wis. 2020) (granting the Republican Party intervention in "one of four lawsuits currently before this court challenging various [Wisconsin election laws]" where the Republican Party had "already been permitted to intervene in two of those lawsuits").

Dated: May 3, 2021

Respectfully submitted,

 */s/ Cameron T. Norris*

| | |
|---|---|
| John E. Hall, Jr. (GA Bar No. 319090) | Tyler R. Green (*pro hac vice*) |
| William Bradley Carver, Sr. (GA Bar No. 115529) | Cameron T. Norris (*pro hac vice*) |
| | **CONSOVOY MCCARTHY PLLC** |
| W. Dowdy White (GA Bar No. 320879) | 1600 Wilson Boulevard |
| **HALL BOOTH SMITH, P.C.** | Suite 700 |
| 191 Peachtree Street NE | Arlington, VA 22209 |
| Suite 2900 | (703) 243-9423 |
| Atlanta, GA 30303 | tyler@consovoymccarthy.com |
| (404) 954-6967 | cam@consovoymccarthy.com |

*Counsel for Proposed Intervenor-Defendants*

1

## CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

This reply was prepared in Century Schoolbook, 13-point type—one of the font and point selections approved in Local Rule 5.1(C). I certify that I electronically filed this reply with the Clerk of Court using CM/ECF, which will electronically notify all counsel of record.

Dated: May 3, 2021                    */s/ Cameron T. Norris*