**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SIXTH DISTRICT OF THE<br>AFRICAN METHODIST<br>EPISCOPAL CHURCH, et al.,<br><br>        Plaintiffs,<br>v.<br><br>BRIAN KEMP, Governor of Georgia<br>in his official capacity, et al.<br><br>        Defendants. | CIVIL ACTION NO.<br><br>No. 1:21-cv-01284-JPB |

## Consent Motion Regarding Defendants' Answer or Response to Plaintiffs' Amended Complaint

Plaintiffs Sixth District of the African Methodist Episcopal Church, Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and Delta Sigma Theta Sorority, Inc., ("Plaintiffs"), with the consent of Governor Brian Kemp, Secretary of State Brad Raffensperger, and the Members of the Georgia State Election Board ("State Defendants"), and the consent of the Members of the County Boards of Elections ("County Defendants"), state as follows:

1.  On March 29, 2021, Plaintiffs filed their original complaint against the State Defendants and County Defendants. D.E. 1.

2.  On May 10, 2021 the State Defendants filed a motion to dismiss Plaintiffs' original complaint. D.E. 74. The County Defendants' answer or response to Plaintiffs' original complaint is due by May 24, 2021. D.E. 70.

3. Plaintiffs will file an amended complaint as a matter of right, pursuant to Federal Rule of Civil Procedure 15(a)(1), no later than May 31, 2021.

4. Accordingly, Plaintiffs' original complaint will become moot, and the State Defendants' May 10, 2021 motion to dismiss the original complaint should be denied as moot when the amended complaint is filed.

5. Further, the County Defendants' answer or response to Plaintiffs' original complaint will be mooted by Plaintiffs' amended complaint, and, accordingly, it is not necessary that the County Defendants respond to Plaintiffs' original complaint.

6. The State Defendants and the County Defendants will answer or respond to Plaintiffs' amended complaint.

Plaintiffs, with the consent of the State Defendants, therefore respectfully request that the Court deny the State Defendants' motion to dismiss as moot in light of Plaintiffs' announced plan to file an amended complaint. Plaintiffs, with the consent of the County Defendants, further request that the Court relieve the County Defendants of any requirement to respond to Plaintiffs' original complaint, which will be mooted by Plaintiffs' amended complaint, and permit the County Defendants to answer or otherwise respond twenty days from the filing of the amended complaint or by June 14, 2021, whichever is later.

Respectfully submitted, this 21st day of May 2021.

/s/ *Nancy G. Abudu*
Nancy G. Abudu (Bar 001471)
*nancy.abudu@splcenter.org*
Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*
SOUTHERN POVERTY LAW
CENTER
P.O. Box 1287
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

/s/ *Adam S. Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Facsimile:  (213) 633-6899

David M. Gossett (pro hac vice)
*davidgossett@dwt.com*
Courtney T. DeThomas (pro hac vice)
*courtneydethomas@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C.  20005-7048
Telephone: (202) 973-4288
Facsimile:  (202) 973-4499

Kate Kennedy (pro hac vice)
*katekennedy@dwt.com*
Matthew Jedreski (pro hac vice)
*mjedreski@dwt.com*
Grace Thompson (pro hac vice)
*gracethompson@dwt.com*
Jordan Harris (pro hac vice)
*jordanharris@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300

/s/ *Sean J. Young*
Sean J. Young (Bar 790399)
*syoung@acluga.org*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ *Sophia Lin Lakin*
Sophia Lin Lakin (pro hac vice)
*slakin@aclu.org*
Theresa J. Lee (pro hac vice)
*tlee@aclu.org*
Dale E. Ho (pro hac vice)
*dho@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

/s/ *Leah C. Aden*
Leah C. Aden (pro hac vice)
*laden@naacpldf.org*
John S. Cusick (pro hac vice)
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

/s/ *Debo Adegbile*
Debo Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
Ilya Feldsherov (pro hac vice)
*ilya.feldsherov@wilmerhale.com*

Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Attorneys for Plaintiffs*
*Georgia Muslim Voter Project, Women Watch Afrika, and Latino Community Fund Georgia.*

WILMER CUTLER PICKERING HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
Webb Lyons (pro hac vice)
*webb.lyons@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs*
*Sixth District of the African Methodist Episcopal Church, and Delta Sigma Theta Sorority.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: May 21, 2021                     /s/ Rahul Garabadu
                                        Rahul Garabadu
                                        Counsel for Plaintiffs