WILMERHALE

September 24, 2021

**Webb Lyons**

+1 202 663 6224 (t)
+1 202 663 6363 (f)
webb.lyons@wilmerhale.com

Beverly E. Smith
National President & CEO
Delta Sigma Theta Sorority, Inc.
1707 New Hampshire Avenue
NW Washington, D.C. 20009

Suzanne Virginia Thornton
Georgia ADAPT
1391 Midlawn Drive
Decatur, Georgia 30032

Ruby K. Moore
Georgia Advocacy Office
1 West Court Square
Decatur, Georgia 30334

Bishop Reginald T. Jackson
Sixth District African Methodist Episcopal Church
250 Williams Street
Suite 2115
Atlanta, Georgia 30303

Dr. Bernard Lafayette, Jr.
Chair of the Board
Southern Christian Leadership Conference
320 Auburn Avenue, NE
Atlanta, Georgia 30303

Re: Notice of Webb Lyons to Withdraw as Attorney for Plaintiffs in Sixth
    District African Methodist Episcopal Church, et al., v. Kemp, et al.

Dear Ms. Smith, Ms. Thornton, Ms. Moore, Bishop Jackson, & Dr. Lafayette, Jr.:

I write to notify you that I am leaving the employment of WilmerHale, on September 24, 2021. Therefore, I wish to inform you of my intention to request permission to withdraw as counsel for Plaintiffs in the civil action Sixth District African Methodist Episcopal Church, et al., v. Kemp, et al., No. 1:21-cv-01284-JPB, in the U.S. District Court for the Northern District of Georgia.

The Local Rules of the Northern of District of Georgia require that I provide you the following information, Local R. 83.1(E)(2)(b), but please rest assured that the rest of our counsel team will continue to communicate with you regarding everything you need to know about the case:

WILMERHALE

September 24, 2021
Page 2

1.  The U.S. District Court for the Northern District of Georgia Atlanta Division retains jurisdiction over the above-referenced action;

2.  Plaintiffs are obligated still to keep the Court informed of a location where notices, pleadings, or other papers may be served;

3.  Plaintiffs are obligated still to prepare for trial with other retained counsel who will remain active in this action;

4.  Failure or refusal to satisfy court-related obligations could result in adverse consequences;

5.  There are not currently any proceedings scheduled in this case;

6.  Notices may be served on the client at the client's last known address;

7.  As corporations and organizations, Plaintiffs may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent Plaintiffs unless that officer is admitted to the bar of this Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against Plaintiffs; and

8.  Plaintiffs' have the right to object to my withdrawal within 14 days of August 25, 2021, the date when notice of my intention to request permission to withdraw was served.

9.  Below is the contact information for the Clerk of Court, Atlanta Division:

Kevin P. Weimer
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
(404) 215-1600

10. Appended to this notice is a listing of the names, addresses, and telephone numbers of counsel for Defendants and Intervenors-Defendants.

A copy of this notice will be filed with my Motion to Withdraw as Attorney. Attorneys Sophia Lin Lakin, Dale E. Ho, Davin M. Rosborough, Ihaab Syed, Susan P. Mizner, Brian L. Dimmick, Sean J. Young, Rahul Garabadu, Leah C. Aden, John S. Cusick, Debo P. Adegbile, Ilya

WILMERHALE

September 24, 2021
Page 3

Feldsherov, George P. Varghese, Stephanie Lin, Tania Faransso, and Nana Wilberforce will continue to serve as Plaintiffs' your lawyers in this matter.

Thank you for your understanding and attention to this matter. It was my pleasure and a true honor to represent you.

Best regards,

Webb Lyons

# Contact Information for Opposing Counsel

## Counsel for Defendants

**Daniel Walter White**
Haynie, Litchfield & White, PC
222 Washington Ave NE
Marietta, GA 30060-1959
770-422-8901

**Jennifer R. Davenport**
**Ralph Jonathan Hart**
Chatham County Attorney
P.O. Box 8161
Savannah, GA 31412
912-652-7881

**Tuwanda Rush Williams**
Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, GA 30046-6935
770-822-8700

**Melanie Felicia Wilson**
Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, GA 30046-6935
770-822-8200

**Rachel Nicole Mack**
Augusta Georgia Law Department
535 Telfair Street, Building 3000
Augusta, GA 30901
706-842-5550

**William H. Noland**
Noland Law Firm, LLC
5400 Riverside Drive, Ste 205
Macon, GA 31210
478-621-4980

**Gregory C. Sowell**
Cook & Tolley, LLP
304 E. Washington St.
Athens, GA 30601-2751
707-549-6111

**Jack Reynolds Hancock**
Freeman Mathis & Gary, LLP
661 Forest Parkway
Suite E
Forest Park, GA 30297
404-717-0519

**Arash A. Sabzevari**
Freeman Mathis & Gary, LLP
661 Forest Parkway
Suite E
Forest Park, GA 30297
404-366-1000

**Michael Van Stephens, II**
Hall County Board of Commissioners
P.O. Drawer 1435
Gainesville, GA 30503
770-535-8288

**Eric P. Wilborn**
Stewart Melvin & Frost, LLP
P.O. Box 3280
Suite 600, Hunt Tower
200 Main Street
Gainesville, GA 30503
770-536-0101

**Jordan Bell**
Hull Barrett, PC
P.O. Box 1564
801 Broad Street
Suite 700
Augusta, GA 30903-1564
706-828-2061

**Thomas L. Cathey**
Hull Barrett, PC
P.O. Box 1564
801 Broad Street, Suite 700
Augusta, GA 30903-1564
706-722-4481

**Counsel for Defendants**

**Bennett Davis Bryan**
DeKalb County Law Department
5th Floor
1300 Commerce Dr.
Decatur, GA 30030
404-371-3011

**Irene B. Vander Els**
DeKalb County Law Department
5th Floor
1300 Commerce Dr.
Decatur, GA 30030
404-371-3618

**Kaye Woodard Burwell**
Office of the Fulton County Attorney
Suite 4038
141 Pryor Street, S.W.
Atlanta, GA 30303
404-612-0251

**David R. Lowman**
Fulton County Attorney's Office
Suite 4038
141 Pryor St., S.W.
Atlanta, GA 30303
404-612-0246

**Cheryl Ringer**
Office of Fulton County Attorney
Fulton County Government Center
Suite 4038
141 Pryor Street, S.W.
Atlanta, GA 30303
404-612-0263

**Bryan P. Tyson**
**Bryan Francis Jacoutot**
**Loree Anne Paradise**
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle
Atlanta, GA 30339
770-434-6868

**H. Christopher Bartolomucci**
**Riddhi Dasgupta**
**Erik Scott Jaffe**
**Gene C. Schaerr**
Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
202-787-1060

**Charlene S. McGowan**
Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404-458-3658

2

## **Counsel for Intervenors-Defendants**

**Steven Christopher Begakis**
**Cameron T. Norris**
Consovoy McCarthy PLLC
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
703-243-9423

**Tyler R. Green**
Consovoy McCarthy PLLC – VA
Suite 700
3033 Wilson Blvd.
Arlington, VA 22209
703-243-9423

**William Bradley Carver**
**John E. Hall, Jr.**
**William Dowdy White**
Hall Booth Smith, P.C. – ATL
Suite 2900
191 Peachtree Street, N.E.
Atlanta, GA 30303-1775
404-954-5000