October 25, 2021

To:   District Judge Courtroom Clerks

Re:   **Sixth District of the AME Episcopal Church v. Brian Kemp - 1.21-CV-01284-ELR**

**Notice of Leave of Absence**

I write this letter pursuant to 83 (E) (3) of the Local Rules of the Northern District of Georgia to notify the Court and affected parties that I am counsel in the case listed on the attachment herein and will be on medical leave and away from the practice of law from **October 28, 2021 through December 1, 2021.**

I respectfully request that the cases appearing in "Attachment A" not be calendared during this time. I am serving a copy of this request to all counsel of record, who shall have ten (10) days from the date of this Notice to object.

Respectfully submitted,

*/s/ Cheryl M. Ringer*
Cheryl M. Ringer
Georgia Bar No. 557420
Cheryl.ringer@fultoncountyga.gov

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street S.W., Suite 4038
Atlanta, Georgia 30303
(404) 612-0246

**ATTACHMENT "A"**

| | | |
|---|---|---|
| **Sixth District of the AME Episcopal Church v. Brian Kemp - 1.21-CV-01284-ELR** | Judge J. P. Boulee<br>United States District Court<br>Northern District of Georgia Atlanta Division<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3309 | Nancy G. Abudu<br>Pichaya Poy Winichakul<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 1287<br>Decatur, Georgia 30031-1287<br><br>Sean J. Young<br>Rahul Garabadu<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF GEORGIA, INC.<br>P.O. Box 77208<br>Atlanta, Georgia 30357<br><br>Sophia Lin Lakin<br>Theresa J. Lee<br>Dale E. Ho<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br><br>Leah C. Aden<br>John S. Cusick<br>NAACP LEGAL DEFENSE AND EDUCATION FUND<br>40 Rector Street, 5th Floor<br>New York, New York 1000<br><br>Debo P. Adegbile<br>Ilya Feldsherov<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007 |

|  |  | George P. Varghese<br>Stephanie Lin<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br><br>Adam S. Sieff<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br><br>Kate Kennedy<br>Matthew Jedreski<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104-1610<br>Tania Faransso<br>Webb Lyons<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br><br>Nana Wilberforce<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071 |
|---|---|---|
|  |  |  |