# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.<br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*,<br><br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants*. | Civil Action No.<br>1:21-cv-01284-JPB |

## (PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

Having considered the Motion to Withdraw as Attorney as to Dale E. Ho

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to remove Dale E. Ho as attorney for Plaintiffs in this case.

**SO ORDERED** this ___ day of _____, 2023.

_____
Hon. J.P. Boulee
United States District Judge