## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as the Georgia Secretary of State, *et al.*, <br><br> *Defendants*. | Case No.: 21-cv-01284-JPB |

## JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE, INC. WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties ("the Consenting Parties") hereby agree and stipulate to the voluntary dismissal of Southern Christian Leadership Conference, Inc. ("SCLC"), with prejudice and hereby respectfully file this Joint Stipulation and Consent Motion for the Voluntary Dismissal of Plaintiff SCLC. The Consenting Parties have agreed that they shall each bear their own respective attorneys' fees, expenses, and costs. This Stipulation and Consent Order is not intended to apply to the claims of the remaining Plaintiffs, nor

1

to the Defendants' and Defendant-Intervenors' defenses to the claims of the remaining Plaintiffs.

A proposed Order accompanies this Joint Stipulation and Consent Motion. The Consenting Parties appreciate the Court's consideration of this motion.

Respectfully submitted this 13th day of March, 2023.

*/s/ Leah C. Aden*
Leah C. Aden (pro hac vice)
*laden@naacpldf.org*
John S. Cusick (pro hac vice)
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
Caitlin May (Ga. Bar No. 602081)
*cmay@acluga.org*
Cory Isaacson (Ga. Bar No. 983797)
*cisaacson@acluga.org*
ACLU FOUNDATION OF GEORGIA,
INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

Sophia Lin Lakin (pro hac vice)
*slakin@aclu.org*
Davin M. Rosborough (pro hac vice)
*drosborough@aclu.org*
Jonathan Topaz (pro hac vice)

*jtopaz@aclu.org*
Dayton Campbell-Harris (pro hac vice)
*dcampbell-harris@aclu.org*
Dale E. Ho (pro hac vice)
*dho@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner (pro hac vice)
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781

Brian Dimmick (pro hac vice)
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

Debo P. Adegbile (pro hac vice)
*debo.adegbile@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese (pro hac vice)
*george.varghese@wilmerhale.com*
Stephanie Lin (pro hac vice)
*stephanie.lin@wilmerhale.com*
Mikayla Foster (pro hac vice)
*mikayla.foster@wilmerhale.com*

WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso (pro hac vice)
*tania.faransso@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce (pro hac vice)
*nana.wilberforce@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs Sixth District of the
African Methodist Episcopal Church, Delta
Sigma Theta Sorority, Georgia ADAPT,
Georgia Advocacy Office, and Southern
Christian Leadership Conference*

*/s/ William Tucker*
Clifford J. Zatz*
Justin D. Kingsolver*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500

CZatz@crowell.com
JKingsolver@crowell.com
WTucker@crowell.com

Kurt Kastorf (GA Bar No. 315315)
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: 404-900-0330
kurt@kastorflaw.com

Judith Browne Dianis*
Angela Groves*
Matthew A. Fogelson*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
JBrowne@advancementproject.org
AGroves@advancementproject.org
MFogelson@advancementproject.org

Joseph J. Wardenski*
WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201
Tel: (347) 913-3311
Fax: (347) 467-7237
joe@wardenskilaw.com

Jordan Ludwig*
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5524
JLudwig@crowell.com

*Admitted *pro hac vice*

5

*Attorneys for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., Exousia Lighthouse International C.M., Inc.*

ELISE C. BODDIE
Principal Deputy Assistant Attorney General

*/s/ Jasmyn G. Richardson*
T. Christian Herren, Jr.
John A. Russ IV
Jasmyn G. Richardson
Rachel R. Evans
Ernest A. McFarland
Maura Eileen O'Connor
Elizabeth M. Ryan
Sejal Jhaveri
Attorneys, Voting Section
Civil Rights Division
U.S. DEPARTMENT OF JUSTICE
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Phone: (800) 253-3931
Fax: (202) 307-3961
john.russ@usdoj.gov
sejal.jhaveri@usdoj.gov

RYAN K. BUCHANAN
United States Attorney
Northern District of Georgia

6

*/s/ Aileen Bell Hughes*
Aileen Bell Hughes
Georgia Bar No. 375505
Assistant U.S. Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303
Phone: (404) 581-6000
Fax: (404) 581-6181

*Attorneys for Plaintiff the United States of America*

*/s/ Bryan L. Sells*
Bryan L. Sells
Georgia Bar No. 635562
THE LAW OFFICE OF BRYAN
SELLS, LLC
PO Box 5493 Atlanta, Georgia 31107
Tel: (404) 480-4212
Email: bryan@bryansellslaw.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie M. Houk*
Jennifer Nwachukwu*
Heather Szilagyi*
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jnwachukwu@lawyerscommittee.org
hszilagyi@lawyerscommittee.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street NW, Suite 900 Washington,
D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

7

Vilia Hayes*
Neil Oxford*
Gregory Farrell*
HUGHES HUBBARD & REED LLP
One Battery Park Plaza New York, New
York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Laurence F. Pulgram*
lpulgram@fenwick.com
Molly Melcher*
mmelcher@fenwick.com
Armen Nercessian*
Anercessian@fenwick.com
Ethan Thomas*
EThomas@fenwick.com
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Telephone:    415.875.2300

Joseph S. Belichick*
jbelichick@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041-2008
Telephone:    650-988-8500

Catherine McCord*
cmccord@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY  10010
Telephone:    (212) 430-2690

*Admitted pro hac vice

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause, and the Lower Muskogee Creek*


*/s/ Pichaya Poy Winichakul*
Bradley E. Heard (Bar 342209)
*bradley.heard@splcenter.org*
Pichaya Poy Winichakul (Bar 246858)
*poy.winichakul@splcenter.org*
Sabrina Khan (pro hac vice)
*Sabrina.khan@splcenter.org*
Nancy G. Abudu (Bar 001471)
*nancy.abudu@splcenter.org*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Ave., Suite 340
Decatur, Georgia 30031-1287
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

*/s/ Adam Sieff*
Adam S. Sieff (pro hac vice)
*adamsieff@dwt.com*
Daniel Leigh (pro hac vice pending)
*danielleigh@*dwt.com
Brittni Hamilton (pro hac vice)
*brittnihamilton@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski (pro hac vice)
*mjedreski@dwt.com*
Grace Thompson (pro hac vice)

*gracethompson@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

David M. Gossett (pro hac vice)
*davidgossett@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim*
*Voter Project, Women Watch Afrika, Latino*
*Community Fund Georgia, and The Arc of*
*the United States*


*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta*
Jacob D. Shelly*
Spencer Klein*
Melinda K. Johnson*
Tina Meng Morrison*
Marcos Mocine-McQueen*
Raisa M. Cramer*
Samuel T. Ward-Packard*
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
sklein@elias.law
tmengmorrison@elias.law
mmcqueen@elias.law

rcramer@elias.law
swardpackard@elias.law

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

<u>/s/ Meredyth L. Yoon</u>
Meredyth L. Yoon (GA Bar No. 204566)
Laura Murchie*
ASIAN AMERICANS ADVANCING
JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
404 585 8446 (Telephone)
404 890 5690 (Facsimile)
*myoon@advancingjustice-atlanta.org*
*lmurchie@advancingjustice-atlanta.org*

*/s/ Eileen Ma*
Eileen Ma*
Kimberly Leung*
ASIAN AMERICANS ADVANCING
JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
415 896 1701 (Telephone)
415 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*
*kimberlyl@advancingjustice-alc.org*

*/s/ Niyati Shah*
Niyati Shah*
Terry Ao Minnis*º
ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
202 815 1098 (Telephone)
202 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*

*/s/ R. Adam Lauridsen*
Leo L. Lam*
R. Adam Lauridsen*
Connie P. Sung*
Candice Mai Khanh Nguyen*
Luis G. Hoyos*
Rylee Kercher Olm*
Emily Hasselberg*
Zainab O. Ramahi*
Emily Wang*
Niharika S. Sachdeva*
KEKER, VAN NEST AND PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400 (Telephone)
415 397 7188 (Facsimile)

12

*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*
*ehasselberg@keker.com*
*zramahi@keker.com*
*ewang@keker.com*
*nssachdeva@keker.com*

*\*Admitted pro hac vice*

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Nora Aquino, Thuy Hang Tran, and Anjali Enjeti-Sydow*


*/s/ Brian J. Field*
Gene C. Schaerr\*
Special Assistant Attorney General
Erik Jaffe\*
H. Christopher Bartolomucci\*
Brian J. Field\*
Joshua J. Prince\*
**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*\*Admitted pro hac vice*

Christopher M. Carr
Attorney General
Georgia Bar No. 112505
Bryan K. Webb
Deputy Attorney General
Georgia Bar No. 743580

13

Russell D. Willard
Senior Assistant Attorney General
Georgia Bar No. 760280
Charlene McGowan
Assistant Attorney General
Georgia Bar No. 697316
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
(678) 336-7249

*Counsel for Defendants*

/s/ Cameron T. Norris
Tyler R. Green*
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, Virginia 22209
(703) 243-9423
*pro hac vice

John E. Hall, Jr.

14

Georgia Bar No. 319090
William Bradley Carver, Sr.
Georgia Bar No. 115529
W. Dowdy White
Georgia Bar No. 320879
Alex B. Kaufman
Georgia Bar No. 136097
Jake Evans
Georgia Bar No. 797018
HALL BOOTH SMITH, P.C.
191 Peachtree Street NE
Suite 2900
Atlanta, Georgia 30303
(404) 954-5000
(404) 954-5020 (Fax)
bcarver@hallboothsmith.com

*Counsel for Intervenor-Defendants*


*/s/ Kaye Woodard Burwell*
Mathew E. Plott
Georgia Bar No. 343501
David R. Lowman
Georgia Bar No. 460298
Kaye Woodard Burwell
Sandy Milord
Georgia Bar No. 622391
OFFICE OF THE FULTON COUNTY
ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
404-612-0246 (office)
404-730-6324 (facsimile)
mathew.plot@fultoncountyga.gov
david.lowman@fultoncountyga.gov
Kaye.Burwell@fultoncountyga.gov
Sandy.Milord@fultoncountyga.gov

*Counsel for Fulton County Defendants*


/s/ *Irene B. Vander Els*
_____

Shelley Driskell Momo
Georgia Bar No. 239608
Irene B. Vander Els
Georgia Bar No. 033663
Bennett Davis Bryan
DEKALB COUNTY LAW DEPARTMENT
1300 Commerce Dr. 5th Floor
Decatur, GA 30030
404-371-3011
Fax: 404-371-3024
sdmomo@dekalbcountyga.gov
ivanderels@dekalbcountyga.gov
bdbryan@dekalbcountyga.gov

*Counsel for DeKalb County Defendants*


/s/ *Melanie Felicia Wilson*
_____

Melanie Felicia Wilson
Georgia Bar No. 768870
Tuwanda Rush Williams
GWINNETT COUNTY DEPARTMENT
OF LAW
75 Langley Dr.
Lawrenceville, GA 30046
770-822-8200
Melanie.wilson@gwinnettcounty.com
tuwanda.Williams@gwinnettcounty.com

*Counsel for Gwinnett County Defendants*


/s/ *Daniel W. White*
_____

Daniel W. White
Georgia Bar No. 153033

HAYNIE, LITCHFIELD & WHITE, PC
222 Washington Avenue
Marietta, GA 30060
(770) 422-8900
dwhite@hlw-law.com

*Counsel for Cobb County Defendants*


/s/ Kristin K. Bloodworth
Kristin K. Bloodworth
Georgia Bar No. 940859
Eric P. Wilborn
Michael Van Stephens, II
STEWART, MELVIN & FROST, LLP
P.O. Box 3280
Gainesville, Georgia 30503
770-536-0101
kbloodworth@smf-law.com

*Counsel for Hall County Defendants*


/s/ A. Ali Sabzevari
Chandler J. Emmons
Georgia Bar No. 310809
Chandler.emmons@fmglaw.com
Jack R. Hancock
Georgia Bar No. 322450
jhancock@fmglaw.com
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com
FREEMAN MATHIS & GARY, LLP
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
Tel: 404-366-1000
Fax: 404-361-3223

*Counsel for Clayton County Defendants and Chatham County Defendants*


*/s/ Rachel N. Mack*

Rachel N. Mack
Georgia Bar No. 104990
AUGUSTA GEORGIA LAW
DEPARTMENT
535 Telfair Street
Building 3000
Augusta, GA 30901
706-842-5550
rmack@augustaga.gov

*Counsel for Richmond County Defendants*


*/s/ Grace Simms Martin*

William H. Noland
Georgia Bar No. 545605
Grace Simms Martin
Georgia Bar No. 279182
NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
Tel.: (478) 621-4980
Fax: (478) 621-4282
william@nolandlawfirmllc.com
grace@nolandlawfirmllc.com

*Counsel for Macon-Bibb County Defendants*


*/s/ Gregory C. Sowell*

Gregory C. Sowell
Georgia Bar No. 668655
James F. Banter
Georgia Bar No. 581797

JAMES, BATES, BRANNAN &
GROOVER, LLP
231 Riverside Drive
P.O. Box 4283
Macon, Georgia 31208-4283
Tel.: (478) 742-4280
Fax: (478) 742-8720
gsowell@jamesbatesllp.com
jbanter@jamesbatesllp.com

*Counsel for Athens-Clarke County
Defendants*


*/s/ Thomas L. Cathey*

Thomas L. Cathey
Georgia Bar No. 116622
Jordan T. Bell
Georgia Bar No. 899345
HULL BARRETT, P.C.
Post Office Box 1564
Augusta, Georgia 30903-1564
Tel.: (706) 722-4481
Fax: (706) 722-9779
TCathey@hullbarrett.com
JBell@hullbarrett.com

*Counsel for Columbia County Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiff Southern Christian Leadership Conference, Inc. has been prepared in 14-point Times New Roman font, a font and type selection approved by the Court in L.R. 5.1(C).


*/s/ Leah C. Aden*
Leah C. Aden

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that on March 13, 2023, a true and correct copy of the foregoing Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiff Southern Christian Leadership Conference, Inc. was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.


*/s/ Leah C. Aden*
Leah C. Aden