UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.:<br>1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as the Georgia Secretary of State, *et al.*,<br><br>*Defendants*. | Case No.:<br>21-cv-01284-JPB |

### [PROPOSED ORDER GRANTING] JOINT STIPULATION AND CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE, INC. WITH PREJUDICE

This matter having come before the Court upon the Joint Stipulation and Consent Motion of Plaintiff Southern Christian Leadership Conference, Inc. ("SCLC"), Defendants Brian Kemp, in his official capacity as Governor of the State of Georgia; Brad Raffensperger, in his official capacity as Secretary of State of Georgia; Georgia State Election Board; Sara Tindall Ghazal, Janice W. Johnston, Edward Lindsey, and Matthew Mashburn, in their official capacities as members of the Georgia State Election Board; Fulton County Registration and Elections Board; Cathy Woolard, Mark Wingate, Kathleen D. Ruth, Teresa Crawford, Aaron V.

Johnson, in their official capacities as Members of the Fulton County Registration and Elections Board; Richard L. Barron, in his official capacity as Director of the Fulton County Registrations and Elections Board; DeKalb County Board of Registrations and Elections; Anthony Lewis, Susan Motter, Dele L. Smith, Nancy Jester, and Karli Swift, in their official capacities as Members of the DeKalb County Board of Registrations and Elections; Keisha Smith, in her official capacity as Executive Director of Voter Registration and Elections in DeKalb County; Gwinnett County Board of Registrations and Elections; Alice O'Lenick, Wandy Taylor, Stephen W. Day, George Awuku, and Anthony Rodriguez, in their official capacities as members of the Gwinnett County Board of Registrations and Elections; Zach Manifold, in his official capacity as Elections Supervisor of the Gwinnett County Board of Registrations and Elections; Cobb County Board of Elections and Registration; Steven F. Bruning, Tori Silas, Pat Gartland, Jessica M. Brooks, and Jennifer Mosbacher, in their official capacities as Members of the Cobb County Board of Elections and Registration; Janine Eveler, in her official capacity as Director of the Cobb County Board of Elections and Registration; Hall County Board of Elections and Registration; Tom Smiley, David Kennedy, Ken Cochran, Craig Lutz, and Gala Sheats, in their official capacities as members of the Hall County Board of Elections and Registration; Lori Wurtz, in her official capacity as Director of Hall County Elections; Clayton County Board of Elections and

Registration; Darlene Johnson, Diane Givens, Carol Wesley, Dorothy F. Hall, and Patricia Pullar, in their official capacities as members of the Clayton County Board of Elections and Registration; Shauna Dozier, in her official capacity as Clayton County Elections Director; Richmond County Board of Elections; Tim McFalls, Sherry T. Barnes, Marcia Brown, Terence Dicks, and Isaac McAdams, in their official capacities as Members of the Richmond County Board of Elections; Travis Doss, Jr., in his official capacity as Richmond County Elections Director; Bibb County Board of Elections; Mike Kaplan, Herbert Spangler, Darius Maynard, Joel Hazard, and Karen Evans-Daniel, in their official capacities as members of the Macon-Bibb County Board of Elections; Macon-Bibb County Board of Registrars; Macon-Bibb County Board of Elections; Jeanetta R. Watson, in her official capacity as Macon-Bibb County Elections Supervisor; Veronica Seals, in her official capacity as Macon-Bibb County Chief Registrar; Chatham County Board of Elections; Thomas J. Mahoney, Malinda Hodge, Marianne Heimes, and Antan Lang, in their official capacities as Members of Chatham County Board of Elections; Chatham County Board of Registrars; Colin McRae, Wanda Andrews, William L. Norse, Katherine A. Durso, and Debra Geiger, in their official capacities as Members of the Chatham County Board of Registrars; Athens-Clarke County Board of Election and Voter Registration; Willa Jean Fambrough, Hunaid Qadir, Ann Till, Rocky Raffle, and Adam Shirley, in their official capacities as Members of the Athens-Clarke

County Board of Election and Voter Registration; Charlotte Sosebee, in her official capacity as Athens-Clarke County Board of Election and Voter Registration Director; Columbia County Board of Elections; Ann Cushman, Wanda Duffie, and Larry Wiggins, in their official capacities as Members of the Columbia County Board of Elections; Columbia County Board of Registrars; Nancy L. Gay, in her official capacity as Columbia County Chief Registrar; and Intervenors-Defendants Republican National Committee, Inc.; Georgia Republican Party, Inc.; National Republican Congressional Committee; and the National Republican Senatorial Committee; for Voluntary Dismissal with Prejudice of Plaintiff SCLC and upon consideration thereof and for good cause shown,

IT IS HEREBY ORDERED that said Joint Stipulation and Consent Motion for Voluntary Dismissal of Plaintiff SCLC with Prejudice is GRANTED.

The Court orders that all claims of Plaintiff SCLC *only* shall be dismissed with prejudice, with Plaintiff SCLC and all Defendants and Intervenor-Defendants to bear their own respective attorneys' fees, expenses, and costs. This Order does not apply to the claims of any of the remaining Plaintiffs, nor to the Defendants' and Intervenors' defenses to the claims of the remaining Plaintiffs.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2023.

                                                          _____  
                                                          Honorable J. P. Boulee  
                                                          United States District Judge