## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, et al., | ) ) ) ) | Master Case No.: 1:21-mi-55555-JPB |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action File No.: 1:21-cv-01284-JPB |
| BRIAN KEMP, Governor of the State of Georgia in his official capacity, et al., | ) ) ) ) | |
| Defendants. | ) | |

### MOTION TO WITHDRAW AS COUNSEL

Pursuant to N.D. Ga. L.R. 83.1(E), Thomas L. Cathey hereby files this Motion to Withdraw as counsel in the above-referenced matter on the grounds that he is leaving his employment with Hull Barrett, P.C. effective March 31, 2023.

Thomas L. Cathey has given his clients 14-days' notice, by email, of his intention to request permission to withdraw from the above-captioned case, and has received no objection.

Defendants Columbia County Board of Elections, Ann Cushman, Wanda Duffie, and Larry Wiggins, members of the Columbia County Board of Elections in their official capacities, Columbia County Board of Registrars, and Nancy L. Gay, Columbia County Chief Registrar, in her official capacity will continue to be ably

represented in this matter by William J. Keogh, III and Jordan T. Bell of Hull Barrett, P.C.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw as counsel of record in this matter.

This 28th day of March, 2023.

*/s/ Thomas L. Cathey*
Thomas L. Cathey
Georgia Bar No. 112266

OF COUNSEL:
HULL BARRETT, P.C.
Post Office Box 1564
Augusta, Georgia 30903-1564
Phone: (706)722-4481
Fax: (706)-722-9779
tcathey@hullbarrett.com

## <u>CERTIFICATE OF COMPLAINCE</u>

Pursuant to LR 7.1, NDGa and LR 5.1, NDGa, the undersigned counsel hereby certifies that the foregoing document complies with the font and point selections approved by the Court in that it has been prepared in Times New Roman, 14-point font.

This 28th day of March, 2023.

*/s/ Thomas L. Cathey*
Thomas L. Cathey

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 28th day of March, 2023.

*/s/ Thomas L. Cathey*
Thomas L. Cathey