IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | * |
| | *    MASTER CASE NO.: |
| | * |
| SIXTH DISTRICT OF THE | *    1:21-MI-55555-JPB |
| AFRICAN METHODIST | * |
| EPISCOPAL CHURCH, a Georgia | * |
| nonprofit organization, et al. | * |
| | * |
|     Plaintiffs, | * |
| vs. | * |
| | * |
| BRIAN KEMP, Governor of the State | * |
| of Georgia in his official capacity, et | * |
| al., | * |
|     Defendants. | * |

NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Jacob C. Wilson as co-counsel of record for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity, in the above-styled civil action. Copies of all further pleadings, orders, and notices should additionally be sent to:

        Jacob C. Wilson
        Ga. Bar No. 274838
        jacob@nolandlawfirmllc.com

        NOLAND LAW FIRM, LLC
        5400 Riverside Drive, Suite 205
        Macon, Georgia 31210
        (478)621-4980 telephone
        (478)621-4282 facsimile

This 10th day of April, 2023.

        /s/ Jacob C. Wilson
        JACOB C. WILSON
        Georgia Bar No. 274838
        jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

        *Counsel for Defendants Macon-Bibb County Board of Elections, Mike Kaplan, Herbert Spangler, Joel Hazard, Karen Evans-Daniel, and Darius Maynard, Members of the Macon-Bibb County Board of Elections, in their official capacities, Jeanetta R. Watson, former Macon-Bibb County Elections Supervisor, in her official capacity, and Veronica Seals, Macon-Bibb County Chief Registrar, in her official capacity*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared in accordance with the font type and margin requirements ser forth in Local Rule 5.1, using Times New Roman font and 14-point type.

This 10$^h$ day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

This 10th day of April, 2023.

/s/ Jacob C. Wilson
JACOB C. WILSON
Georgia Bar No. 274838
jacob@nolandlawfirmllc.com

NOLAND LAW FIRM, LLC
5400 Riverside Drive, Suite 205
Macon, Georgia 31210
(478)621-4980 telephone
(478)621-4282 facsimile