# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, a Georgia nonprofit organization, GEORGIA MUSLIM VOTER PROJECT, a Georgia nonprofit organization, WOMEN WATCH AFRIKA, a Georgia nonprofit organization, LATINO COMMUNITY FUND GEORGIA, a Georgia nonprofit organization, DELTA SIGMA THETA SORORITY, INC., a Washington D.C. nonprofit organization on behalf of 7000+ Sorors residing in Georgia, THE ARC OF THE UNITED STATES, a Washington D.C. nonprofit organization, GEORGIA ADAPT, a Georgia nonprofit organization, GEORGIA ADVOCACY OFFICE, a Georgia nonprofit organization,

        Plaintiffs,

v.

BRIAN KEMP, Governor of the State of Georgia, in his official capacity, BRAD RAFFENSPERGER, Secretary of State of Georgia, in his official capacity, GEORGIA STATE ELECTION BOARD, JOHN FERVIER, Chairman, MATTHEW MASHBURN, SARA TINDALL GHAZAL, EDWARD LINDSEY, and DR. JANICE W. JOHNSTON, Members of the Georgia State Election Board, in their official capacities, FULTON COUNTY REGISTRATION

Master Case No.
1:21-MI-55555-JPB

Civil Action No.
1:21-CV-01284-JPB

AND ELECTIONS BOARD, AARON V. JOHNSON, MICHAEL HEEKIN, and TERESA K. CRAWFORD, Members of the Fulton County Registration and Elections Board, in their official capacities, PATRISE PERKINS-HOOKER, Chairwoman of the Fulton County Registrations and Elections board, in her official capacity, DEKALB COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ANTHONY LEWIS, SUSAN MOTTER, VASU ABHIRAMAN, NANCY JESTER, and KARLI SWIFT, Members of the DeKalb County Board of Registrations and Elections, in their official capacities, GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, ALICE O'LENICK, LORETTA MIRANDOLA, DAVID HANCOCK, and ANTHONY RODRIQUEZ, Members of the Gwinnett County Board of Registrations and Elections, in their official capacities, ZACH MANIFOLD, Elections Supervisor of the Gwinnett County Board of Registrations and Elections, in his official capacity, COBB COUNTY BOARD OF ELECTIONS AND REGISTRATION, JENNIFER MOSBACHER, DEBBIE FISHER, STACY EFRAT, and STEVEN F. BRUNING, Members of the Cobb County Board of Elections and Registration, in their official capacities, TORI SILAS, Chairwoman of the Cobb County Board of Elections and Registration, in her official capacity,

HALL COUNTY BOARD OF ELECTIONS AND REGISTRATION, DAVID KENNEDY, KEN COCHRAN, JACK NOA, JOHNNY VARNER, and GALA SHEATS, Members of the Hall County Board of Elections and Registration, in their official capacities, LORI WURTZ, Director of Hall County Elections, in her official capacity, CLAYTON COUNTY BOARD OF ELECTIONS AND REGISTRATION, DARLENE JOHNSON, ARVIS WALKER, CAROL WESLEY, DOROTHY F. HALL, and DANNY HOPE, Members of the Clayton County Board of Elections and Registration, in their official capacities, SHAUNA DOZIER, Clayton County Elections Director, in her official capacity, RICHMOND COUNTY BOARD OF ELECTIONS, TIM MCFALLS, SHERRY T. BARNES, MARCIA BROWN, ISAAC MCADAMS, and BETTY REECE, Members of the Richmond County Board of Elections, in their official capacities, TRAVIS DOSS, JR., Richmond County Elections Director, in his official capacity, BIBB COUNTY BOARD OF ELECTIONS, JOEL HAZARD, MIKE KAPLAN, KAREN EVANS-DANIEL, ROBERT ABBOTT, and THOMAS ELLINGTON, Members of the Bibb County Board of Elections, in their official capacities, and THOMAS GILLON, Bibb County Elections Supervisor, in his official capacity, BIBB COUNTY BOARD OF REGISTRARS, VERONICA SEALS,

Bibb County Chief Registrar, in her official capacity, CHATHAM COUNTY BOARD OF ELECTIONS, THOMAS J. MAHONEY, MALINDA HODGE, MARIANNE HEIMES, and ANTAN LANG, Members of Chatham County Board of Elections, in their official capacities, CHATHAM COUNTY BOARD OF REGISTRARS, COLIN MCRAE, WANDA ANDREWS, WILLIAM L. NORSE, KATHERINE DURSO, and DEBRA GEIGER, Members of the Chatham County Board of Registrars, in their official capacities, CLARKE COUNTY BOARD OF ELECTION AND VOTER REGISTRATION, WILLA JEAN FAMBROUGH, HUNAID QADIR, ANN TILL, ROCKY RAFFLE, and ADAM SHIRLEY, Members of the Clarke County Board of Election and Voter Registration, in their official capacities, CHARLOTTE SOSEBEE, Clarke County Board of Election and Voter Registration Director, in her official capacity, COLUMBIA COUNTY BOARD OF ELECTIONS, ANN CUSHMAN, WANDA DUFFIE, and LARRY WIGGINS, Members of the Columbia County Board of Elections, in their official capacities, COLUMBIA COUNTY BOARD OF REGISTRARS, NANCY L. GAY, Columbia County Chief Registrar, in her official capacity,

Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Having reviewed Plaintiffs' Unopposed Motion for Leave to File a Second Amended Complaint, and because the Second Amended Complaint contains no new allegations, claims or theories that would require a response from Defendants, the Joint Motion for Leave to file a Second Amended Complaint is **GRANTED.**

**SO ORDERED** this 18th day of January, 2024.

J. P. BOULEE
United States District Judge