UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> UNITED STATES OF AMERICA, <br><br> *Proposed Intervenor-Plaintiff* <br><br> v. <br><br> BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.*, <br><br> *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No. <br> 1:21-CV-01284-JPB |
| IN RE GEORGIA SENATE BILL 202 | Master Case No. <br> 1:21-MI-55555-JPB |

**[PROPOSED] ORDER RE UNITED STATES' MOTION TO INTERVENE**

Having reviewed the United States' Motion to Intervene, and for good cause

shown, the United States' Motion is GRANTED.

SO ORDERED, this ___ day of February, 2024.

                                          _____
                                          THE HONORABLE J.P. BOULEE
                                          UNITED STATE DISTRICT COURT JUDGE