**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |
| SIXTH DISTRICT OF THE AFRICAN METHODIST EPISCOPAL CHURCH, *et al.*,<br><br>*Plaintiffs*,<br>v.<br>BRIAN KEMP, Governor of the State of Georgia, in his official capacity, *et al.,*<br><br>*Defendants,*<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>*Intervenor-Defendants.* | Civil Action No.: 1:21-cv-01284-JPB |

**Notice of Withdrawal of Attorney Clayton Pierce**

Pursuant to Civil Local Rule 83.1(E)(4), notice is hereby respectfully given that Clayton Pierce withdraws his appearance as counsel for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Inc., Georgia ADAPT, and Georgia Advocacy Office (“AME Plaintiffs”). AME Plaintiffs will continue to be represented in this matter by Jonathan Topaz, Davin M. Rosborough, Sophia Lin Lakin, and Brian Dimmick at the ACLU Foundation and Cory Isaacson, Briana Futch, and Akiva Freidlin at the ACLU Foundation of

Georgia, as well as co-counsel at NAACP Legal Defense and Educational Fund, Inc. and Wilmer Cutler Pickering Hale and Dorr LLP.

Respectfully submitted, this 16th day of September, 2026.

/s/ *Clayton Pierce*
Clayton Pierce (pro hac vice)
*cpierce@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
Telephone: (212) 519-7836

*Attorney for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Inc., Georgia ADAPT, and Georgia Advocacy Office*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: September 16, 2026 /s/ *Clayton Pierce*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Dated: September 16, 2026 /s/ *Clayton Pierce*